PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Dereck Hounakey

Cr.: 07-00785-003
PACTS #: 49777

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/28/2010

Original Offense: FORCED LABOR

Original Sentence: 55 months imprisonment, 36 months supervised release: October 20, 2014-Violation of Supervised Release Hearing. Offender sentenced to one (1) day BOP to be followed by one (1) year of supervised release.

Special Conditions: Special Assessment, Restitution - Money, Cooperate with INS, No New Debt/Credit

Type of Supervision: Supervised Release           Date Supervision Commenced: 10/21/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender's term of supervised release is scheduled to expire on October 20, 2015, with an outstanding restitution balance of $3,942,455.33. The offender was unable to fully satisfy the balance prior to the scheduled date of expiration, and paid $1,725.00 toward his financial obligation. |

U.S. Probation Officer Action:
We are requesting that the offender's supervised release term be allowed to terminate on October 20, 2015 as the Financial Litigation Unit will pursue collection of the remaining restitution balance.

Respectfully submitted,

*Edward J. Irwin/nm*
By: Edward J Irwin
U.S. Probation Officer
Date: 10/01/2015

Prob 12A – page 2
Dereck Hounakey

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other  SUPERVISED RELEASE TERM TO BE ALLOWED TO TERMINATE ON 10/20/15

_____
Signature of Judicial Officer

10/6/15
Date